AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zobel, Rya W. | U.S. District Court | 05/07/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 Courthouse Way, Suite 6110<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Overseer | Handel & Haydn Society |
| 2. Trustee | Rya W. Zobel Irrevocable Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 12 A 9: 30 RECEIVED

Zobel_Ryan_W

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA Annual Dinner | 03/28-29/08 | New York, NY | Meeting | Transportation, food and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Assets of Rya W. Zobel | | | | | | | | | |
| 2. Spartan LIS Equity Index FUSEX | A | Dividend | K | T | Sold | 5/16 | J | | |
| 3. | | | | | Sold | 5/19 | J | | |
| 4. Fidelity Select Retailing FSRPX | A | Dividend | J | T | | | | | |
| 5. Fidelity Select Construct.&Housing FSHOX | A | Dividend | J | T | | | | | |
| 6. T Rowe Price Blue Chip Growth TRBCX | A | Dividend | J | T | | | | | |
| 7. | | | | | Sold | 3/26 | J | | |
| 8. Calamos Growth Class A CVGRX | A | Dividend | J | T | Sold | 1/7 | J | | |
| 9. | | | | | Sold | 2/26 | J | | |
| 10. Hodges Fund HDPMX | A | Dividend | J | T | | | | | |
| 11. Sector SPDR TR SHS Ben Int Consumer XLP (X) | A | Dividend | J | T | Buy | 3/26 | J | | |
| 12. Ishares TR Dow Jones US Utils Sector IDU | A | Dividend | | | Sold | 5/6 | J | | |
| 13. Ishares TR Transportation Ave. Index IYT (X) | A | Dividend | J | T | Buy | 5/6 | J | | |
| 14. Ishares TR NASDAQ Biotechnology Index FD IBB (X) | A | Dividend | J | T | Buy | 11/13 | J | | |
| 15. Ishares TR Russell 2000 Value Index FD IWN (X) | A | Dividend | J | T | Buy | 9/25 | J | | |
| 16. | | | | | Buy | 11/13 | J | | |
| 17. Ishares Comex Gold Trust IAU (X) | | None | | | Buy | 2/25 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/21 | J | | |
| 19. Ishares INC MSCI Brazil Index Fund EWZ (X) | A | Dividend | | | Buy | 3/26 | J | | |
| 20. | | | | | Sold | 9/10 | J | | |
| 21. Market Vectors ETF TR Coal ETF KOL (X) | A | Dividend | J | T | Buy | 6/25 | J | | |
| 22. | | | | | Buy | 12/11 | J | | |
| 23. Powershares Exchange Traded FD TR Wilder PBW (X) | A | Dividend | J | T | Buy | 1/7 | J | | |
| 24. Powershares Exchange Traded FD TR Dynamic PWJ (X) | A | Dividend | J | T | Buy | 1/7 | J | | |
| 25. Powershares DB Commodity Index DBC (X) | | None | | | Buy | 2/25 | J | | |
| 26. | | | | | Sold | 8/22 | J | | |
| 27. SPDR SER TR S&P Homebuilders XHB (X) | A | Dividend | J | T | Buy | 3/26 | J | | |
| 28. SPDR SER TR S&P Metals & Mng XME (X) | A | Dividend | | | Buy | 5/15 | J | | |
| 29. | | | | | Sold | 11/13 | J | | |
| 30. United STS Oil FD LP Units USO (X) | | None | | | Buy | 5/15 | J | | |
| 31. | | | | | Sold | 11/13 | J | | |
| 32. Citizens Bank Checking | A | Interest | K | T | | | | | |
| 33. Hanscom | A | Interest | K | T | | | | | |
| 34. Assets of Rya W. Zobel Irrevocable Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fedl Home Ln Mtg CRP AGN 5.125%, 10/15/2008 | A | Interest | | | Redeemed | 10/15 | J | A | |
| 36. Fedl Home Ln BK Cons Bd 6.185%, 5/6/2008 | B | Interest | | | Redeemed | 5/6 | K | A | |
| 37. Fedl Home Ln BK Cons Bd 5.900%, 5/6/2009 | A | Interest | | | Sold | 7/16 | K | A | |
| 38. Fedl Natl Mtg Assn 6.125%, 3/15/2012 Call | A | Interest | | | Sold | 7/15 | K | A | |
| 39. Fedl Home Ln Banks Conc. Bd 6.100%, 12/3/2010 | A | Interest | J | T | | | | | |
| 40. Fidelity Total Bond | B | Interest | K | T | | | | | |
| 41. American High Income Class F AHTFX | A | Interest | J | T | Buy | 6/5 | J | | |
| 42. US Treasury NTS 4.0% (X) | A | Interest | K | T | Buy | 8/4 | K | | |
| 43. US Treasury NTS 4.5% (X) | A | Interest | K | T | Buy | 8/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W. | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544